IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
Eastern Division

| | |
|---|---|
| **CARLA KELLEY**<br>1018 Clairmont Avenue<br>Cambridge OH   43725<br><br>                    Plaintiffs,<br><br>v.<br><br>**CAMBRIDGE METROPOLITAN**<br>**HOUSING AUTHORITY**<br>c/o Executive Director<br>1100 Maple Court<br>Cambridge OH 43725<br><br>                    Defendant. | **COMPLAINT**<br><br>**JURY DEMAND ENDORSED HEREIN**<br><br>Case No.: _____ |

Now comes Plaintiff, by and through counsel, and for her causes of action against the defendant, states as follows:

### **PARTIES**

1. Plaintiff Carla Kelley is an individual female residing in the city of Cambridge, Guernsey County, Ohio (hereinafter "Plaintiff").

2. Defendant Cambridge Metropolitan Housing Authority is a public housing authority created under statute to help provide affordable rental housing.

### **JURISDICTION AND VENUE**

3. Plaintiff's claims arise, in part, under the Fair Labor Standards Act. There is federal question jurisdiction pursuant to 28 U.S.C 1331. This court has pendant jurisdiction over plaintiff's state wage claims.

1

4. The events giving rise to this claim took place partially in and around Cambridge, Ohio; Defendant is located in Cambridge, Ohio, and is deemed to reside in Guernsey County pursuant to 28 U.S.C. 1391(d).

## FACTUAL BACKGROUND

5. Defendant hired Plaintiff as a landscape/painter on November 20, 2006.

6. Plaintiff worked under the direction of a maintenance manager.

7. Of the six people who worked under the direction of the maintenance manager, five were white men; Plaintiff was the only woman.

8. The male employees were called maintenance techs; the male employees were paid substantially more than Plaintiff.

9. Although Plaintiff's title was landscaper/painter Plaintiff performed all of the job duties of a maintenance technician, including plumbing, light electrical, and changing locks.

10. Plaintiff performed the same duties requiring the same skill and under the same conditions as the maintenance technicians however she was paid substantially less.

11. Plaintiff's last day of employment was August 13, 2021.

### COUNT ONE – Fair Labor Standards Wage and Hour Violation - 29 U.S.C Section 206 (d), Unequal Pay on the Basis of Gender

12. Plaintiff incorporates herein the allegations stated in the paragraphs above.

13. 29 U.S.C. Section 206 (d) provides that an employer must compensate an employee at an equal rate of pay regardless of gender for equal work on jobs the performance of which requires equal skill, effort and responsibility and which are performed under similar working conditions.

14. Plaintiff routinely performed the same job duties as her male colleagues under the same or similar conditions and requiring the same or similar degree of skill and effort, but was paid substantially less.

15. Defendant has failed to pay Plaintiff in accordance with federal law.

16. As such, Defendant is liable to Plaintiff for her back wages, liquidated damages, punitive damages, attorneys' fees and other such equitable and compensatory relief as the court deems appropriate.

## COUNT TWO – Violation of Ohio's Equal Pay Act R.C. 4111.17

17. Plaintiff incorporates herein the allegations stated in the paragraphs above.

18. Ohio Revised Code Section 4117.17 provides that an employer must compensate an employee at an equal rate of pay regardless of gender for equal work on jobs the performance of which requires equal skill, effort and responsibility and which are performed under similar working conditions.

19. Plaintiff routinely performed the same job duties as her male colleagues under the same or similar conditions and requiring the same or similar degree of skill and effort, but was paid substantially less.

20. Defendant has failed to pay Plaintiff in accordance with state law.

21. As such, Defendant is liable to Plaintiff for her back wages, liquidated damages, punitive damages, attorneys' fees and other such equitable and compensatory relief as the court deems appropriate.

**WHEREFORE,** Plaintiff demands judgment against Defendant for compensatory damages in a sum in excess of Twenty Five Thousand Dollars ($25,000.00) in order to be fully, fairly and completely compensated for the damages and injuries caused by

Defendant's negligent, intentional and punitive conduct, for punitive damages, for liquidated damages, for the cost of this action, for attorney fees, for prejudgment and post-judgment interest according to law, and for such further relief as this court deems appropriate and proper under the circumstances.

Dated:   January 21, 2022            /s/ Jessica L. Olsheski_____
                                     Jessica L. Olsheski, Esq. (0078063)
                                     Email: jessica.olsheski@justice-law.net
                                     Olsheski Law Co., LPA
                                     600 East Rich Street
                                     Columbus, Ohio   43215
                                     Tele: (614) 252-5500
                                     Fax: (614) 252-5058
                                     Attorney for Plaintiff

## **JURY DEMAND**

Plaintiff hereby demands that all issues presented in this Complaint be tried to a jury.

                                     /s/ Jessica L. Olsheski_____
                                     Jessica L. Olsheski, Esq. (0078063)