# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CARLA KELLEY,**<br><br>        Plaintiff,<br><br>  v.<br><br>**CAMBRIDGE METROPOLITAN HOUSING AUTHORITY,**<br><br>        Defendant. | Case No. 2:22-CV-00239<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Chelsey M. Vascura |

## NOTICE OF SETTLEMENT

Now come Plaintiff and Defendant, each by and through counsel, and jointly give notice to the Court that the parties have reached a settlement and that the parties will prepare and file a Notice of Dismissal upon execution of all settlement documents, which are anticipated to be completed within approximately 30 days.

Respectfully submitted,

| | |
|---|---|
| */s/ Jessica L. Olsheski* ( via 6/9/22 consent)<br>Jessica L. Olsheski (0078063)<br>jessica.olsheski@justice-law.net<br><br>OLSHESKI LAW CO., LPA<br>600 East Rich Street<br>Columbus, Ohio 43215<br>Telephone:    614.252.5500<br>Facsimile:    614.252.5058<br><br>*Attorney for Plaintiff* | /s/ *Angelique Paul Newcomb*<br>Angelique Paul Newcomb (0068094)<br>anewcomb@littler.com<br><br>LITTLER MENDELSON, P.C.<br>41 South High Street<br>Suite 3250<br>Columbus, OH  43215<br>Telephone:    614.463.4246<br>Facsimile:    614.559.6673<br><br>*Attorneys for Defendant*<br>*Cambridge Metropolitan Housing Authority* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, the foregoing *Notice of Settlement* has been filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the Court's electronic filing system.

*/s/ Angelique Paul Newcomb*
Angelique Paul Newcomb

4889-8026-6276.1 / 110078-1001