IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CARLA KELLEY,**<br><br>   Plaintiff,<br><br> v.<br><br>**CAMBRIDGE METROPOLITAN HOUSING AUTHORITY,**<br><br>   Defendant. | Case No. 2:22-CV-00239<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Chelsey M. Vascura |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the agreement of the parties, this action is hereby voluntarily dismissed with prejudice.  Each party shall bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Jessica L. Olsheski* (7.20.22 email consent)<br>Jessica L. Olsheski (0078063)<br>jessica.olsheski@justice-law.net<br><br>OLSHESKI LAW CO., LPA<br>600 East Rich Street<br>Columbus, Ohio 43215<br>Telephone: 614.252.5500<br>Facsimile: 614.252.5058<br><br>*Attorney for Plaintiff* | /s/ *Angelique Paul Newcomb*<br>Angelique Paul Newcomb (0068094)<br>anewcomb@littler.com<br><br>LITTLER MENDELSON, P.C.<br>41 South High Street, Suite 3250<br>Columbus, OH  43215<br>Telephone: 614.463.4246<br>Facsimile: 614.559.6673<br><br>*Attorneys for Defendant*<br>*Cambridge Metropolitan Housing Authority* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, the foregoing *Stipulation of Dismissal with Prejudice* has been filed via the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the Court's electronic filing system.

*/s/ Angelique Paul Newcomb*
Angelique Paul Newcomb

4896-1839-4154.1 / 110078-1001